IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAM ALEXANDER GARCIA, )<br>)<br>Defendant. ) | Case No. 8:16CR239<br><br><br>ORDER |

This case is before the court on the defendant's Motion to Reconsider Detention (#29). The defendant requests the court reopen the issue of detention and release him to reside with his family in North Hollywood, California, and participate in an outpatient chemical dependency treatment program. The motion is denied without hearing.

After reviewing the defendant's August 26, 2016, Pretrial Services Report (#7) and the August 26, 2016, Detention Order (#13) I find the proposed placement fails to address the court's concerns as set out in the Detention Order and fails to rebut the presumption of detention under 18 U.S.C. § 3142(e). The court's concerns include, but are not limited to, the defendant's prior criminal record and the nature of the instance offense which involves possession with intent to distribute a substantial quantity of methamphetamine.

**IT IS ORDERED:** Defendant's Motion to Reconsider Detention (#29) is denied without hearing.

Dated this 22nd day of November 2016.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge