# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>WILLIAM ALEXANDER GARCIA,<br><br>                    Defendant. | 8:16CR239<br><br>ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett, ECF No. 35.  The Magistrate Judge recommends that the Defendant William Alexander Garcia's Motion to Suppress, ECF No. 25, be denied. No objections to the Findings and Recommendation have been filed.  After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 35, are adopted; and

2. The Defendant William Alexander Garcia's Motion to Suppress, ECF No. 25, is denied.

Dated this 11th day of January, 2017.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        Chief United States District Judge